

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

November 10, 2022

<u>Via CM/ECF</u>
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York



  Re: <u>**Velazquez v. CM School Supply, Inc.**</u>
    **Case #: 1:22-cv-07174-KPF**

Dear Judge Failla:

  We represent the plaintiff in the above matter. We write to respectfully request that the Initial Conference scheduled for November 15, 2022, be adjourned because Defendant is in the process of being served, and the parties have not yet had an opportunity to collaborate on a joint letter and case management plan.

  In addition, Plaintiff requests to strike the proof of service he submitted on October 31 (Docket #6). With apologies to the Court, we misinterpreted the form provided by our service company as proof of service because it states "AFFIDAVIT OF SERVICE" at the top of the form. In fact, the bottom of the form indicates that the defendant was not served at the stated address.

  Our service company now advises that Defendant was served at a different address on November 8, 2022. Plaintiff will file a new proof of service as soon as he receives the affidavit from the service company.

  We thank Your Honor and the Court for its kind considerations and courtesies.

                Respectfully submitted,

                <u>*s/ Mark Rozenberg*</u>
                Mark Rozenberg, Esq.

Application GRANTED.  The initial pretrial conference scheduled to take place on November 15, 2022, is hereby **ADJOURNED to December 21, 2022, at 3:00 p.m.**

The Clerk of Court is directed to strike the document at docket entry 6, and to terminate the pending motion at docket entry 7.

Dated:     November 10, 2022          SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE